ANNIE E. WILSON, as Administratrix with the Will Annexed of HENRY WILSON, Deceased, Respondent, *v.* THE ÆOLIAN COMPANY et al., Appellants.

*Wilson* v. *Æolian Company,* 64 App. Div. 337, affirmed.
(Argued March 5, 1902; decided April 8, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1901, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William B. Hornblower, William L. Perkins* and *Frank A. Butler* for appellants.

*Herbert T. Ketcham* and *Joseph E. Owens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

WARD C. OILLE et al., Appellants, *v.* C. JULIA RODGER et al., as Administrators of the Estate of WILLIAM C. RODGER, Deceased, Respondents.

*Oille* v. *Rodger,* 61 App. Div. 612, affirmed.
(Argued March 6, 1902; decided April 8, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1901, reversing a judgment in favor of plaintiffs entered upon the report of a referee and granting a new trial.

*Thomas K. Smith* for appellants.

*Homer Weston* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ. Not voting: VANN, J.